UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DURAN, et al.,<br><br>Defendants. | Case No. 1:25-cv-00528-HBK (PC)<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

Before the Court is *pro se* Plaintiff Jonathan Christopher Coffer's Complaint filed under 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff, a prisoner incarcerated at California State Prison, Corcoran, which is located within the jurisdiction and venue of this Court.

Plaintiff did not accompany his Complaint with the filing fee or an application to proceed *in forma pauperis*. Nonetheless, the Court undertook a review of the Complaint and finds Plaintiff should have brought this action in the United States District Court in the Northern District of California. According to the Complaint, the events giving rise to Plaintiff's claims occurred while Plaintiff was confined at Salinas Valley Prison, which is located in Monterey County, California and within the venue of the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1391(b). Thus, in the interests of justice the Court transfers this case pursuant to 28 U.S.C. § 1406(a).

////

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to **transfer** this action to the United States District Court for the Northern District of California and close the case in this Court.

Dated: May 6, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE