United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,

Plaintiff,

v.

JOSE DURON, et al.,

Defendants.

Case No.  25-cv-04138-EKL

**ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**

Re: Dkt. No. 17

Pursuant to the parties' stipulation, the Court **GRANTS** the parties' joint request for dismissal of the entire action with prejudice.  Fed. R. Civ. Pro. 41(a).  Each party will bear its own costs and attorney's fees.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 17, 2026

_____

Eumi K. Lee
United States District Judge